## 52215. LANE v. THE STATE.

QUILLIAN, Judge.
Having thoroughly reviewed the record in this case we find no prejudicial error.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED MAY 5, 1976 — DECIDED JUNE 23, 1976.

*Edwards & Edwards, H. B. Edwards, Jr.,* for appellant.
*Lamar Cole, District Attorney,* for appellee.